IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDY WEIHE STORLIE, INC. dba W.W.S., Inc. a Minnesota corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDWEST BIODIESEL PRODUCTS, LLC, an Illinois limited liability company,<br><br>        Defendants. | Case No. 16-cv-01045-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard and the parties have agreed to judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of the plaintiff, **Wendy Weihe Storlie, Inc.** dba W.W.S. Inc., a Minnesota corporation, and against **Midwest Biodiesel Products, LLC**, an Illinois limited liability company, in the amount of Three Million, Sixty One Thousand Eight Hundred Sixty Dollars and eighty-two cents ($3,061,860.82).

**DATED**: 11/22/2016          JUSTINE FLANAGAN,
                               **Acting Clerk of Court**

                               *s/Tina Gray*, Deputy Clerk

**Approved:**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**